UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFIQUL ISLAM, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

        Plaintiff,

– against –

BEN'S KOSHER DELICATESSEN & RESTAURANT INC., WEST 38 KOSHER DELI INC., RONALD M. DRAGOON, *and* ROBERT B. DAVID,

        Defendants.

**ORDER**

22-cv-10368 (ER)

Ramos, D.J.:

    The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than October 10, 2023.

It is SO ORDERED.

Dated:  September 26, 2023
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.