# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165 T: 212.792.0048 • E: Jason@levinepstein.com

**MEMO ENDORSED**

October 20, 2023

*Via ECF*
The Honorable Edgardo Ramos, U.S.D.J
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted. The parties shall submit their agreement for approval by November 3, 2023.
> SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: October 20, 2023
> New York, New York

Re:   *Islam v. Bens Kosher Delicatessen & Restaurant Inc., et al*
      **Case No.: 1:22-cv-10368-ER**

Dear Honorable Judge Ramos,

This law firm represents Plaintiff Rafiqul Islam (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules 1(A), this letter respectfully serves as a request to extend the parties' deadline to respond to Your Honor's October 10, 2023 Order [Dckt. No. 19] from October 20, 2023 to, through and including, November 3, 2023.

This is the second request of its nature. If granted, this request would not affect any other Court scheduled deadlines.

The basis of this request is that the parties are still working on finalizing the necessary paperwork to effectuate the disposition of this matter.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:   */s/ Jason Mizrahi*
      Jason Mizrahi
      60 East 42nd Street, Suite 4700
      New York, New York 10165
      Tel. No.: (212) 792-0048
      Email: Jason@levinepstein.com
      *Attorneys for Plaintiff*

VIA ECF: All Counsel