**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Rafiqul Islam, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                    *Plaintiffs*,

         -against-

Ben's Kosher Delicatessen & Restaurant Inc., West 38 Kosher Deli Inc., Ronald M. Dragoon, and Robert B. David,

                                   *Defendants*.
------------------------------------------------------------X

Case No.: 1:22-cv-10368

**JUDGMENT**

        On November 3, 2023, Plaintiff Rafiqul Islam (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

        NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Ben's Kosher Delicatessen & Restaurant Inc., West 38 Kosher Deli Inc., Ronald M. Dragoon, and Robert B. David (collectively, the "Defendants"), in the amount of Six Thousand Dollars and Zero Cents ($6,000.00) which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

        This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

        The payment amount shall be paid on or before a date within fourteen (14) days of the date of this Judgment.

Dated:  November 3, 2023
New York, New York

**SO ORDERED**

_____
Edgardo Ramos
United States District Judge